No. 83–6879. FARRIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–6880. MAZUREK v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 83–6883. OGLE v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 83–6888. OROZCO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6889. OROZCO-PRADA v. UNITED STATES; and
No. 84–224. FORAND v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No: 83–6890. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–6892. LIPSCOMB v. WOLVERINE TRUCK PLAZA, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6896. GOMETZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–6901. FLETCHER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–6902. TERRY v. ENOMOTO. C. A. 9th Cir. Certiorari denied.

No. 83–6907. TILLIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6909. MOORE v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 83–6910. FAISON v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–6913. BELLAMY v. BRADLEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6914. LANDES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.